# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

**COMMITMENT TO ANOTHER DISTRICT**

v.

                        CASE NO. 2:05mj68-W

ROBERT ROBINSON          Charging District Case No. 04-3706

    The defendant is charged with violations of Pretrial Release alleged to have been committed in the District of New Jersey.

    Brief description of charge(s): Pretrial Release Violation.

The defendant has requested to have his detention hearing in the District of New Jersey.

    TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

    DONE, this 19th day of May, 2005.

                                      /s/ Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |